IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | | |
|---|---|---|
| Melissa Denise Anderson, | ) | Civil Action No. 4:16-3290-MGL-TER |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| Nancy A. Berryhill, Acting | ) | |
| Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

The Defendant, Nancy A. Berryhill, Commissioner of Social Security, has moved this Court, pursuant to 42 U.S.C. § 405(g), to enter a judgment with an order of reversal with remand of the cause to the Commissioner for further administrative proceedings.

Pursuant to the power of this Court to enter a judgment affirming, modifying, or reversing the Commissioner's decision with remand in Social Security actions under sentence four of 42 U.S.C. § 405(g), and in light of the Commissioner's request for remand of this action for further proceedings, this Court hereby

**ORDERS** that the Defendant's motion is granted and this action is **REMANDED** to the Commissioner for further evaluation under sentence four of 42 U.S.C. § 405(g).[1]  *See Shalala v. Schaefer*, 509 U.S. 292 (1993).

> s/ Mary G. Lewis
> Hon. Mary G. Lewis
> United States District Judge

June 2, 2017

---

[1]The clerk of the Court will enter a separate judgment pursuant to the Federal Rules of Civil Procedure, Rule 58.