

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | | |
|---|---|---|
| MELISSA DENISE ANDERSON, | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | CIVIL ACTION NO. 4:16-03290-MGL |
| | § | |
| NANCY A. BERRYHILL, | § | |
| Acting Commissioner of Social Security, | § | |
| Defendant. | § | |

**ORDER GRANTING PLAINTIFF'S MOTION FOR ATTORNEY'S FEES
UNDER THE EQUAL ACCESS TO JUSTICE ACT**

This matter is before the Court on Plaintiff's Motion for an Award of Attorney's Fees pursuant to the Equal Access to Justice Act (EAJA) filed August 31, 2017. *See* 28 U.S.C. § 2412. Plaintiff seeks attorney's fees in the amount of $3,565.00 and expenses in the amount of $16.00. Defendant does not oppose the motion.

Having carefully considered the motion, the response, the record, and the applicable law, it is the judgment of the Court the motion is **GRANTED** in the amount of $3,565.00 in attorney's fees and $16.00 in expenses.

**IT IS SO ORDERED**.

Signed this 14th day of September, 2017, in Columbia, South Carolina.

s/ Mary Geiger Lewis
MARY GEIGER LEWIS
UNITED STATES DISTRICT JUDGE